IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| TERA DONAHUE,<br><br>                Plaintiff,<br><br>    v.<br><br>EVA AUTOMATION, INC. dba BOWERS & WILKINS,<br><br>                Defendant. | Civil Action No. 2:19-cv-02303-CSB |

## STIPULATION FOR DISMISSAL

Plaintiff, TERA DONAHUE, and Defendant, EVA AUTOMATION, INC. dba BOWERS & WILKINS, by and through their undersigned counsel, hereby stipulate that:

1. This action shall be DISMISSED, with prejudice, as between all parties, and;

2. Each party shall bear their own costs and fees, including attorneys' fees, incurred in connection with this action.

Dated: May 8, 2020

| | |
|---|---|
| NYE, STIRLING, HALE & MILLER, LLP<br><br>By:  */s/ Benjamin J. Sweet*<br>Benjamin J. Sweet, Esq.<br>ben@nshmlaw.com<br>1145 Bower Hill Road, Ste 104<br>Pittsburgh, PA 15243<br>Phone: (412) 857-5350<br><br>*Attorneys for Plaintiff* | GOODWIN PROCTER LLP<br><br>By:  */s/ Joseph F. Yenouskas*<br>Joseph F. Yenouskas<br>jyenouskas@goodwinlaw.com<br>1900 N Street, N.W.<br>Washington, D.C. 20036<br>Phone: (202) 346-4000<br>Fax: (202) 346-4444<br><br>*Attorneys for Defendant* |

**CERTIFICATE OF SERVICE**

I, Benjamin J. Sweet, hereby certify that the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants this 8th day of May, 2020.

                                      */s/ Benjamin J. Sweet*
                                        Benjamin J. Sweet